**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01473-CV

### PATRICK CRAWFORD, Appellant

### V.

### CITIMORTGAGE INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02213**

## ORDER

Appellant's unopposed motion for an extension of time in which to file a reply brief is

**GRANTED**. Appellant's reply brief, filed simultaneously with his motion, is deemed timely

filed as of the date received.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE